UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

ANTONINA "MONICA" MONICA, Individually and
on Behalf of All Other Employees Similarly Situated,

                      Plaintiff,

– against –

DEALS ON BROADWAY CORP. d/b/a DEALS ON
BROADWAY and JALAL SAAB,

                      Defendants.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/19

No.: 1:18 Civ. 01342 (LGS)
+ ORDER
STIPULATION OF
DISMISSAL ∧

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**WHEREAS**, on February 14, 2018, Plaintiff filed a Complaint asserting claims for, *inter alia*, failure to pay minimum and overtime wages under the the Fair Labor Standards, 29 U.S.C. § 201 *et seq.* ("FLSA"), the New York Labor Law § 190 *et seq.* ("NYLL"), and the New York State Wage Theft Prevention Act ("WTPA");

**WHEREAS**, Plaintiff and Defendants (the "Parties") reached a settlement of this action and Plaintiff's claims through arm's-length negotiations, and have entered into a Settlement Agreement and Release (the "Agreement"), formally memorializing the Parties' settlement;

**WHEREAS**, the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA, the NYLL, the WTPA and/or time worked; and

**WHEREAS**, this Court shall retain jurisdiction to enforce the terms of the Agreement;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with

1373261.2

prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated:  New York, New York
        August 6, 2018

| HANG & ASSOCIATES, PLLC<br>*Attorneys for Plaintiff* | PHILIPS NIZER LLP<br>*Attorneys for Defendants* |
|---|---|
| By: _/s/_<br>Jian Hang, Esq.<br>Lorena Duarte, Esq.<br>136-20 38th Avenue, Suite 10G<br>Flushing, New York 11354<br>Tel.: (718) 353-6288 | By: _/s/_<br>Regina E. Faul, Esq.<br>Laura E. Longobardi, Esq.<br>485 Lexington Avenue, 14th Floor<br>New York, NY 10017<br>Tel.: (212) 977-9700 |

SO ORDERED.

_/s/_
USMJ – 1-18-19

1373261.2

2